**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,            No. CR 03-00295 CRB
12       Plaintiff,                      **ORDER**
13    v.
14  STEVEN FARIAS,
15       Defendant.
16                                    /

17      Now pending before the Court is the motion of defendant Steven Farias pursuant to
18  Federal Criminal Procedure Rule 41(g) for return of property.  The motion seeks return of
19  "all property, document(s), and misc. paperwork" taken from defendant's residence pursuant
20  to a search warrant, but does not otherwise specify the items sought.
21      Accordingly, defendant is ordered to identify in writing as precisely as possible the
22  items he seeks to have returned.  Within 30 days of receiving defendant's list, the
23  government shall file a written response as to whether it shall return such items and, if not,
24  the reasons for withholding the items.
25      **IT IS SO ORDERED.**
26  Dated: May 27, 2009
27                                       CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE
28

G:\CRBALL\2003\0295\orderreidentification.wpd