IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> STEVEN FARIAS, <br>     Defendant. | No. CR 03-00295 CRB <br><br> **ORDER** |

      Now pending before the Court is Defendant Steven Farias's motion for return of property pursuant to Federal Criminal Procedure Rule 41(g). Defendant's motion sought the return of "all property, document(s), and misc. paperwork" taken from Defendant's residence pursuant to a search warrant, but did not otherwise specify the items sought. On May 27, 2009, this Court ordered Defendant to identify in writing as precisely as possible the items he seeks to have returned.

      Before Defendant received the Court's May 27, 2009 order, he filed on June 1, 2009 a Response to United States' Partial Opposition to Defendant's Motion for Return of Property, in which he specified the items he seeks to have returned. These items are: $3,524 in U.S. currency that was not forfeited (Items 1, 11 and 14 on the Return of Search Warrant); "Indicia and Panasonic video camcorder (Item 3)"; and "Indicia found in portfolio in kitchen drawer (Item 4)." If Items 3 and 4 may not be returned, Defendant requests that the Court order that copies of these Items be made and provided to Defendant at Defendant's expense.

1  Defendant also requests "any other personal, non-evidentiary items still in the possession of
2  the government that were not listed in the return."
3       Defendant's Response to United States' Partial Opposition to Defendant's Motion for
4  Return of Property essentially complied with the Court's May 27, 2009 order.  Therefore, the
5  Court directs the government to file a written response within thirty (30) days as to whether it
6  shall return Defendant's listed items and, if not, the reasons for withholding the items.
7       **IT IS SO ORDERED.**

8  Dated: June 18, 2009



9                                    CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California