United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN FARIAS,<br><br>    Defendant.<br>_____/ | No. CR 03-00295 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Now pending before the Court is Defendant Steven Farias's motion for return of property pursuant to Federal Criminal Procedure Rule 41(g). Defendant initially sought the return of "all property, document(s), and misc. paperwork" taken from Defendant's residence pursuant to a search warrant, but did not otherwise specify the items sought. On May 27, 2009, this Court ordered Defendant to identify in writing as precisely as possible the items he seeks to have returned. On June 1, 2009, Defendant specified the items he seeks to have returned. These items are: $3,524 in U.S. currency that was not forfeited (Items 1, 11 and 14 on the Return of Search Warrant); "Indicia and Panasonic video camcorder (Item 3)"; and "Indicia found in portfolio in kitchen drawer (Item 4)." If Items 3 and 4 may not be returned, Defendant requests that the Court order that copies of these Items be made and provided to Defendant at Defendant's expense. Defendant also requests "any other personal, non-evidentiary items still in the possession of the government that were not listed in the return."

On June 18, 2009, the Court directed the government to file a written response indicating whether it would return Defendant's listed items and, if not, the reasons for withholding such items. The Court allowed the government thirty (30) days to file its response. As of today, the government has not filed a response to this Court's June 18, 2009 Order. Accordingly, the Court orders the government to show cause why Defendant's motion should not be granted. The motion is hereby set for a hearing on August 28, 2009 at 10:00 a.m. in Courtroom 8 of the above-entitled Court. If the government wishes to file a response in this matter, it must do so by August 7, 2009, or the Court will consider Defendant's motion unopposed. If Defendant wishes to file a response to any government response, he must do so by August 14, 2009.

**IT IS SO ORDERED.**

Dated: July 30, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE