IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN FARIAS,<br><br>    Defendant.<br>_____/ | No. CR 03-00295 CRB<br><br>**ORDER RE: EVIDENCE OF RETURN OF FUNDS** |

On August 11, 2009, the Court granted Defendant Steven Farias's motion for return of property, following the government's failure to respond both to Defendant's motion and to this Court's show cause order. In granting the motion, the Court noted that it was "aware of no legitimate reason to withhold the property at issue in Defendant's motion." On August 17, 2009, however, the Court received a response by the government to the Court's show cause order, explaining that the government's failure to timely respond was in error, and apologizing to the Court and to Defendant. The government further advised the Court that it has asked the FBI to return items 3 and 4 to Defendant, and was looking into returning the funds Defendant sought returned. On August 18, 2009, the government filed a further response, asserting that $3,020 of the money sought by Defendant had already been returned to co-defendant Natisa Rivasplata through her counsel, and that the remaining $504 was deposited on August 15, 2009 into Defendant's prison account. On August 26, 2009, the government filed with the Court evidence showing that $3,020 was returned to co-defendant

1 Natisa Rivasplata, and that, on August 10, 2009, $1,634 was mailed to Defendant at the
2 Bureau of Prisons.

3     In light of the government's submissions, the Court hereby directs Defendant to notify
4 the Court within 21 (twenty-one) days of this Order if there is any reason Defendant knows
5 of that the Court should not amend the August 11, 2009 Order to deny Defendant's request
6 for the return of $3,524 in funds.  If Defendant fails to respond to this Order, the Court will
7 deem the government's request to deny the return of $3,524 unopposed.

8 **IT IS SO ORDERED.**

9 Dated: September 1, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE