IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN FARIAS,<br><br>    Defendant.<br>_____/ | No. CR 03-00295 CRB<br><br>**SUPPLEMENTAL ORDER RE: EVIDENCE OF RETURN OF FUNDS** |

    In this much-briefed dispute surrounding Defendant's motion for return of property, the Court in September ordered Defendant to respond to the government's August 26, 2009 filing, which attached evidence showing that the $3,020 at issue was returned to co-defendant Natisa Rivasplata. Defendant complied, objecting to the government's response and asserting that the currency returned to Ms. Rivasplata in fact "belonged to the defendant," and that "the government released it to another party without giving the defendant proper notice to make a claim." The Court is now in receipt of a filing from the government in response to Defendant's objection. This response attaches a number of additional exhibits, which appear to show that (1) the currency at issue was seized from Ms. Rivasplata's robe at the time of arrest, at which time Ms. Rivasplata stated that the currency belonged to her; (2) the FBI mailed to Defendant written notice of its intent to forfeit the currency, sending letters to Defendant's residence, his place of incarceration, and also to his attorney; (3) the FBI published notice of the seizure and forfeiture; (4) the FBI received a verified claim to the

currency from Ms. Rivasplata, and did not receive any claim from Defendant; and (5) the FBI returned the currency to Ms. Rivasplata.

In light of the government's submissions, the Court again directs Defendant to notify the Court within 21 (twenty-one) days of this Order if there is any legitimate reason Defendant knows of that the Court should not amend the August 11, 2009 Order to deny Defendant's request for the return of $3,524 in funds.  If Defendant fails to respond to this Order, the Court will deem the government's request to deny the return of $3,524 unopposed.

**IT IS SO ORDERED.**

Dated: October 21, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\0295\supplemental order re evidence.wpd        2