**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>STEVEN FARIAS,<br>　　　　Defendant.　　　　　　　／ | No. CR 03-00295 CRB<br><br>**ORDER EXTENDING TIME FOR RESPONSE** |

　　　　The Court is in receipt of a letter from Defendant stating that, due to his current housing in Herlong Prison's Special Housing Unit, he is unable to timely respond to this Court's October 21, 2009 Order. That Order had directed Defendant to inform the Court within 21 (twenty-one) days whether there is any legitimate reason not to amend the Court's August 11, 2009 Order to deny Defendant's request for the return of $3,524 in funds. It was prompted by a detailed submission from the Government, which attached a number of exhibits relating to the funds.

　　　　In light of Defendant's circumstances, the Court hereby EXTENDS the time in which Defendant may file a response with this Court. Defendant is directed to respond to the October 21, 2009 Order within 30 (thirty) days of this Order. If Defendant fails to respond

//

//

1  within that time, the Court will deem the government's request to deny the return of $3,524
2  unopposed.
3  **IT IS SO ORDERED.**

4
5  Dated: November 17, 2009



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE